The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>ONE ROMARM CUGIR DRACO 7.62 CALIBER PISTOL, SERIAL NUMBER DA-0081-12, AND ANY ASSOCIATED AMMUNITION;<br><br>ONE MOSSBERG 500 12 GAUGE SHOTGUN, SERIAL NUMBER P562182, AND ANY ASSOCTATED AMMUNITION AND ACCESSORIES;<br><br>and,<br><br>ONE SPRINGFIELD ARMORY, HS PRODUKT HD MOD 2, 45 CALIBER PISTOL, SERIAL NUMBER GM492168, AND ANY ASSOCIATED AMMUNITION;<br><br>Defendants. | Case No.: CV21-1303 -- JCC<br><br>[~~PROPOSED~~]<br><br>ORDER GRANTING JOINT MOTION TO STAY CIVIL FORFEITURE PROCEEDING |

THIS MATTER having come before the Court on the joint motion of the parties to stay this proceeding pending resolution of the related criminal investigation

ORDER. - 1

LAW OFFICES OF JUANITA HOLMES, PLLC
3213 West Wheeler Street, Suite 117
Seattle, WA  98199
(206) 262-0300

pursuant to 18 U.S.C.§§981((g)(1) and (g)(2), and the Court having considered the matter and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the parties' joint motion to stay this proceeding pursuant to 18 U.S.C. §§981 (g)(1) and (g)(2) is GRANTED, and this matter is hereby stayed pending the conclusion of the related criminal investigation involving Claimant Gerald Aikens.

**IT IS FURTHER ORDERED** that the time for Claimant to file any further responsive pleadings pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the filing of the Joint Motion for Stay through the date of the entry of this Order.

**IT IS FURTHER ORDERED** that either party may request a lifting of the stay at any time pursuant to a written motion, and

**IT IS FURTHER ORDERED** that in the event that the related criminal investigation has not been resolved, the parties shall file a Status Report within six months of the entry of this Order.

DATED this 10th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE